UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

REBECCA MULLIN                     JURY TRIAL DEMANDED

v.                                              CASE NO.  3:14CV

RAZOR CAPITAL, LLC
NEAL PAUL

## COMPLAINT

1. This is an action for relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692

2. This Court has jurisdiction. 15 U.S.C. §1692k; 28 U.S.C. §1331, §1367.

3. Plaintiff is a natural person whose address is in Cos Cob Connecticut, according to defendants' records.

4. Plaintiff is a consumer within the meaning of the FDCPA, in that defendants claim she was obligated for a personal Citi Card credit card account used for normal family purchases.

5. Defendant RAzOR Capital is a national buyer of delinquent consumer receivables. RAzOR Capital's primary area of debt purchasing revolves around creditor direct credit card portfolios. RAzOR buys consumer debt for pennies on the dollar with the intention of collecting thereon.

6. RAzOR purported to have bought plaintiff's Citi Card account and thereafter engaged in direct or indirect collection efforts.

7. RAzOR is registered to do business in Connecticut and is licensed as a Consumer Collection Agency (debt buyer) by the Banking Department of the State of Connecticut.

8. RAzOR engaged the law firm of Cohen, Burns, Hard & Paul to collect plaintiff's alleged Citi Card account. Upon information and belief, defendant Neal Paul is a partner in the law firm and personally signed all collection letters and pleadings.

9. Each Defendant regularly collects consumer debts for creditors using the mail and other means of interstate commerce.

10. Defendants' form letter of January 6, 2014, claimed that an amount certain was due, and stated that "payment in full" "MUST BE MADE TO THIS OFFICE."

11. The amount demanded included interest or other charges that were not due.

12. On May 5, 2014, defendants served plaintiff in Cos Cob with a collection complaint which claimed an amount significantly less than demanded in the January 6, 2014 letter.

13. The proper state court venue for a resident of Cos Cob is Stamford.

14. Despite long experience with and knowledge of Connecticut's venue provisions, defendants filed the collection action in Bridgeport, not Stamford.

15. Accordingly, defendants' action was not brought in the "judicial district or similar legal entity" in which plaintiff resided as of the commencement of the action, 15 U.S.C. § 1692i(a)(2)(B); Hess v. Cohen & Slamowitz LLP, 637 F.3d 117, 127 (2d Cir. 2011).

16. In the course of the collection, defendants violated §1692e, -f, or -i.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law.
2. Award the plaintiff costs of suit and a reasonable attorney's fee;
3. Award such other and further relief as law or equity may provide.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772-0395
    faulknerlawoffice@snet.net